IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

Patrick Smith
(Plaintiff)
163 Hwy 189 Bypass
Warren, AR 71671 (870) 820-8626
(Your name, address, telephone number)

vs.

Civil Action No. 1:22-cv-1064-SOH
(To be supplied by clerk)

City of Warren - Denisa Pennington - Rob Johnson
(Defendant(s))
104 Myrtle
Warren, AR 71671 (870) 226-6743
(Names(s), address(es), telephone number(s))

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. This action is brought pursuant to:

   _____ Age Discrimination in Employment Act

   _____ Americans With Disabilities Act

   __X__ Title VII of the Civil Rights Act

2. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission on __08/10__, __2022__ charging defendant(s) with acts
   (Month/Day)    (Year)

of discrimination based on (1) _____ age, (2) _____ disability, (3) __X__ race, (4) _____ color, (5) _____ sex, (6) _____ religion, (7) _____ national origin. A copy of the charges filed with the EEOC is attached to this complaint.

-12-

3. The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on 08/10, 20 22, a copy of which is attached to this complaint.

4. Defendant(s) discriminated against plaintiff by:

(a) \_\_\_\_ failing to employ plaintiff,

(b) \_\_\_\_ terminating plaintiff's employment,

(c) \_\_\_\_ failing to promote plaintiff,

(d) X Allowing a co-worker to continually harass and threaten me. Making my life, creating turmoil in my life. My job making threats to fire me.

5. The act(s) of discrimination complained of occurred on or about 3/19 - 5/25, 20 22. Briefly describe: A white female driver was fired on 3/4/2022 and I became the driver 2 weeks later for the city of Warren. I was demoted from my position as Recycle Coordinator. A white co-worker started harassing me. I reported it to the supervisor and his response was, "I don't get into personal shit." He then gave the co-worker a week off from work still.

-13-

6. The defendant(s):

    (a)    **X**   is/are still committing

    (b)          is/are no longer committing

    (c)          may still be committing

the acts set forth in the above paragraph.

7. WHEREFORE, Plaintiff prays for the following relief:

    (a)          Defendant(s) be directed to employ plaintiff.

    (b)          Defendant(s) be directed to re-employ plaintiff.

    (c)          Defendant(s) be directed to promote plaintiff.

    (d)    **X**   Defendant(s) be directed to _Compensate me for the mental toll that it has taken on me. The city of Warren needs to be trained on how to treat all employees with dignity, respect, and equality._

and for such other relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

8. **Jury Demand:** I hereby _____ a trial by jury of any issue triable

                                                   (Demand/Waive)

of right by a jury.

_[signature]_
(Signature of Plaintiff)

-14-

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Little Rock Area Office
820 Louisiana St, Suite 200
Little Rock, AR 72201
(501) 900-6130
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/10/2022

**To:** Patrick R. Smith
163 highway 189 bypass
WARREN, AR 71671
Charge No: 493-2022-01396

EEOC Representative and email:    Katy Hunsperger
ISA
katy.hunsperger@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 493-2022-01396.

On behalf of the Commission,

Digitally Signed By: Edmond Sims
08/10/2022

Edmond Sims
Acting District Director

EEOC Form 5 (11/09)

| | | |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>493-2022-01396 |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Patrick R. Smith | Home Phone<br>870-820-8626 | Year of Birth |
|---|---|---|

Street Address
163 highway 189 bypass
WARREN, AR 71671

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>City of Warren | No. Employees, Members<br>15 - 100 Employees | Phone No. |
|---|---|---|

Street Address
104 north myrtle street
WARREN, AR 71671

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address          City, State and ZIP Code

| DISCRIMINATION BASED ON<br><br>Race, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest: 03/19/2022     Latest: 05/25/2022 |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on or about May 15, 2015, with my most recent position being Trash Truck Driver. On or about March 21, 2022, I reported a coworker for harassment and being intoxicated to my supervisor. On or about May 2022, I reported a coworker for harassment again to my supervisor. On or about May 25, 2022, I was disciplined. I was told to pick someone else up for the day and that he doesnt get into personal shit. I was told if I kept up, I was going to get fired. I was told notified on July 8, 2022, that I was written up for inappropriate conduct on May 25, 2022. I believe I was harassed because of my race, African American, and disciplined in retaliation for my complaints in violation of Title VII of the Civil Rights Act of 1964, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Patrick R. Smith**<br>08/10/2022<br><br>Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |